UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GARCIA, | No. 2:14-cv-2266 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| UNKNOWN, | |
| Defendants. | |

Plaintiff is a state prisoner at Mule Creek State Prison (MCSP) who proceeds pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. By separate order, this court grants plaintiff's motion to proceed in forma pauperis and dismisses his original complaint with leave to file an amended complaint within thirty days.

On May 12, 2015, this court received a letter, with exhibits, from plaintiff in which he asserts that MCSP correctional staff seized all of plaintiff's legal materials pertaining to this case, yet provided a cell search slip indicating that nothing was taken; that staff are harassing plaintiff and retaliating against him by conducting repeated cell searches, seizing and destroying plaintiff's property, and allowing other inmates to assault plaintiff; and that medical staff are refusing to disclose all pertinent information concerning plaintiff's injuries. See ECF No. 7. As the court has noted in its separate order, it appears that plaintiff is of advanced age with multiple health problems, including organic brain damage, lung tumors, diminished hearing and sight, and a

1 | learning disability. It also appears that plaintiff has required the assistance of another inmate to
2 | prepare and file matters in this court.
3 |     In light of plaintiff's apparent medical conditions, alleged vulnerability to staff and other
4 | inmates, and lack of access to his legal materials in this action, the Office of the California
5 | Attorney General is directed to investigate plaintiff's allegations by contacting and questioning
6 | MCSP prison authorities forthwith, and to file a status report with the court. Because no
7 | defendants have been served process in this case, this order will be directed to a Supervising
8 | Deputy Attorney General.
9 |     Good cause appearing, IT IS HEREBY ORDERED that:
10 |     1. The Office of the California Attorney General is directed to contact MCSP prison
11 | authorities forthwith, to investigate each of the matters alleged by plaintiff and set forth above, for
12 | the period February 1, 2015 through the date of inquiry.
13 |     2. Because no defendant has been served process in this case, the Clerk of Court is
14 | directed to serve a copy of this order on the Office of the California Attorney General, Attention:
15 | Supervising Deputy Attorney General Monica Anderson.
16 |     3. Ms. Anderson or her designee is directed to file a status report with the court within
17 | fourteen (14) days after the filing date of this order.
18 | DATED: May 15, 2015.

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2