UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GARCIA,<br><br>        Plaintiff,<br><br>   v.<br><br>T. VERBEEK,<br><br>        Defendant. | No. 2:14-cv-2266 JAM AC P<br><br><br>FINDINGS AND RECOMMENDATIONS |

By order filed September 21, 2017, this court directed plaintiff to complete and return to the court, within thirty days, the forms necessary to effect service of process on defendant Verbeek. See ECF No. 24. The court stated that "[f]ailure of plaintiff to timely comply with this order will result in the dismissal of this action without prejudice." Id. at 6.

The thirty-day period has long since expired and plaintiff has not responded to the court's order or otherwise communicated with the court.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Findings and

1

Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: April 20, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE